David W. Burt, Respondent, v. George W.

## Fourth Department, April Term, 1885.

Goodrich, Appellant, Impleaded, etc. Judgment affirmed, with costs to respondent against the appellant. Opinion by Barker, J.; Haight, J., not sitting.